**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC and UNILOC USA, INC., § § § *Plaintiffs*, § § v. § § GOOGLE LLC, § § *Defendant*. § | Case No. 2:18-cv-00498-JRG-RSP |

## ORDER

Before the Court is Uniloc 2017 LLC's ("Uniloc") Unopposed Motion to Withdraw ("Unopposed Motion to Withdraw") (Dkt. No. 64), which seeks to withdraw Uniloc's Motion to Compel Venue Discovery ("Motion to Compel") (Dkt. No. 62). Uniloc states that it "inadvertently filed the [Motion to Compel] in this case despite the order granting the parties' joint motion to stay." (Dkt. No. 64.)

After consideration, the Court **GRANTS** Uniloc's Motion to Withdraw. It is therefore **ORDERED** that Uniloc's Motion to Compel (Dkt. No. 62) shall be withdrawn.

**SIGNED this 22nd day of August, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE