### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 2:18-cv-00498-JRG-RSP |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Uniloc 2017 LLC, and Defendant, Google LLC, hereby jointly stipulate to dismiss all claims in this action with prejudice.

The parties agree to bear their own fees and costs. All other relief requested between the parties in this action should be denied as moot.

3914951.v1

Dated:  October 13, 2021

| | |
|---|---|
| */s/ Aaron S. Jacobs*<br>Aaron S. Jacobs<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>Tel: (617) 456-8000<br>ajacobs@princelobel.com<br><br>ATTORNEYS FOR PLAINTIFF<br>UNILOC 2017 LLC | */s/ Paul Margulies*<br>Paul Margulies<br>paul.margulies@arnoldporter.com<br>ARNOLD & PORTER<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Tel: 202-942-6990<br><br>Michael A. Berta<br>Michael.berta@arnoldporter.com<br>ARNOLD & PORTER<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415-471-3277<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>POTTER MINTON, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>ATTORNEYS FOR DEFENDANT<br>GOOGLE LLC |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via email on October 13, 2021.

*/s/ Aaron S. Jacobs*